UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Grace Community Church , | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-10-2925 |
| | § | |
| Travelers, Standard Fire Insurance Co., | § | |
| | § | |
| Defendant. | § | |

## Opinion on Dismissal

Grace Community Church has moved to amend its complaint and to substitute counsel. The statute of limitations has run, and no one has been served. No amendment of this complaint can cure its fatal defect, and substituting counsel would be a waste.

This case is dismissed as improvidently filed.

Signed on November 8, 2010, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge